AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

NEWMONT USA LIMITED and DAWN
MINING, CO.,

                    Plaintiffs,

                    v.

AMERICAN HOME ASSURANCE CO.,
et al,

                    Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-033-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been**
heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED the parties Stipulated Motion to Dismiss (Ct. Rec. 435) is
GRANTED.  Pursuant to the stated stipulation of the parties, the claims asserted by Plaintiffs in the
First Amended Complaint (Ct. Rec. 241) against Defendant Great American Insurance Company shall
be DISMISSED with prejudice and without the award of costs or attorney fees.  Defendant Great
American Insurance Company remains a party to this litigation as a cross-claimont and/or
cross-defendant.

September 17, 2010
*Date*

JAMES R. LARSEN
*Clerk*

s/ Cheryl Switzer

*(By) Deputy Clerk*

Cheryl Switzer