UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEWMONT USA LIMITED and DAWN MINING CO.,<br><br>  Plaintiff,<br><br> vs.<br><br>AMERICAN HOME ASSURANCE CO., et al.,<br><br>  Defendants. | NO. CV-09-033-JLQ<br><br>**ORDER OF DISMISSAL OF CERTAIN CLAIMS INVOLVING DEFENDANT NORTH RIVER INSURANCE COMPANY** |

BEFORE THE COURT is a Stipulated Motion to Dismiss (Ct. Rec. 456), whereby Plaintiffs, Newmont and Dawn, and Defendant TIG Insurance Company (as successor by merger to International Insurance Company, which was successor by novation **to North River Insurance Company** in connection with North River Policy No. 522-036856-8) agree to the dismissal of "all claims between them" with prejudice and without the award of costs. The parties Stipulated Motion to Dismiss (Ct. Rec. 456) is **GRANTED**. Pursuant to the stated stipulation of the parties, the claims asserted by Plaintiffs in the First Amended Complaint (Ct. Rec. 241) against Defendant North River Insurance Company shall be **DISMISSED** with prejudice and without the award of costs. Defendant North River Insurance Company remains a party to this litigation as a cross-claimant and/or cross-defendant.

IT IS SO ORDERED. The Clerk of this court shall enter this Order, enter judgment of dismissal as provided herein, and forward copies to counsel for all parties.

**DATED** this 19th day of October, 2010.

   s/ Justin L. Quackenbush
   JUSTIN L. QUACKENBUSH
   SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1