UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEWMONT USA LIMITED and DAWN MINING CO.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN HOME ASSURANCE CO., et al.,<br><br>　　　　Defendants. | NO. CV-09-033-JLQ<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST CENTURY INDEMNITY COMPANY and INSURANCE COMPANY OF NORTH AMERICA** |

　　　BEFORE THE COURT is a Stipulated Motion to Dismiss (Ct. Rec. 698), whereby Plaintiffs, Newmont and Dawn, and Defendant **Century Indemnity Company** (Century), as successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company, and Defendant **Insurance Company of North America** (INA) have agreed to the dismissal of "all claims between them" with prejudice and without the award of costs.  The parties Stipulated Motion to Dismiss (**ECF. No.698**) is **GRANTED**.

　　　Upon entry of a final judgment in this matter, the Plaintiffs' First Amended Complaint (ECF. No. 241) and the claims therein, against Century and INA, shall be finally **DISMISSED** with prejudice and without the award of costs to any party to the Stipulation.

　　　The moving Defendants remain parties to this action as cross-claimants or cross-defendants.

　　　As a result of this Order, the following pending motions are now MOOT: **ECF. Nos. 503; 507; 519; 580; and 583**.  The Clerk of the Court shall **TERMINATE** these motions.

ORDER - 1

1  Because other non-settling Defendant insurers have joined in these settling
2  Defendants' motions for summary judgment (ECF. Nos. 612, 615, and 641), these
3  motions shall remain pending.  Responses to these motions shall address the issues <u>as</u>
4  <u>they relate to the non-settling defendants who have joined therein</u>.

**IT IS SO ORDERED.**  The Clerk of this court shall enter this Order and forward copies to counsel for all parties.

Dated this 14th day of March, 2011.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2