AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

NEWMONT USA LIMITED and DAWN
MINING CO.,

                Plaintiffs,

                v.

AMERICAN HOME ASSURANCE CO., et al,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-033-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the parties Stipulated Motion to Dismiss (Ct. Rec. 755) is GRANTED. There being no just reason for delay, final judgment pursuant to Fed.R.Civ.P 54(b), dismisses the claims asserted in the First Amended Complaint (Ct. Rec. 241) against Fireman's Fund with prejudice and without the award of costs or attorneys fees to any party to the Stipulation.

| | |
|---|---|
| April 11, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |