AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

NEWMONT USA LIMITED and DAWN MINING CO.,

        Plaintiffs,

        v.

AMERICAN HOME ASSURANCE CO., et al,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-033-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the parties Stipulated Motions to Dismiss (ECF No. 1076, 1077, and 1078) are GRANTED.  Final judgment is entered dismissing the claims asserted in the First Amended Complaint (ECF No. 241) against Employers Insurance of Wausau, Appalachian Insurance Company, and Travelers Casualty and Surety Company with prejudice and without the award of costs or attorney fees to any party to the Stipulation.

August 15, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer