AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NEWMONT USA LIMITED and DAWN MINING CO.,

          Plaintiffs,

v.

AMERICAN HOME ASSURANCE CO., et al,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-033-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED dismissal with prejudice and without costs or attorneys fees to any party of a) the First Amended Complaint and the claims therein asserted against OneBeacon America Insurance Company and Stonewall Insurance Company (ECF No. 241); and b) judgment of dismissal with prejudice of all cross-claims and third-party claims asserted by all Defendants and Third-Party Defendants against other party. As no claims remain in this action, the file is closed.

August 26, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cheryl Switzer  
*(By) Deputy Clerk*  
Cheryl Switzer